# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE ABNEY, | : | Civil No. 1:16-CV-00350 |
| Plaintiff, | : | |
| v. | : | Judge Jennifer P. Wilson |
| LISA W. BASIAL, *et al.*, | : | |
| Defendants. | : | Magistrate Judge Martin C. Carlson |

# ORDER

For the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Judge Carlson's report and recommendation (Doc. 113) is **ADOPTED IN ITS ENTIRETY** and Plaintiff's objections to the report and recommendation (Doc. 114) are **OVERRULED**.

2. Defendants' motion for summary judgment (Doc. 93) is **GRANTED**.

3. The Clerk of Court is directed to enter judgment in Defendants' favor and close this case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: January 30, 2020